# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| ECO BDT, S.A.; Eco Business Consulting Group, S.A.; Renewable Resources, LLC; Wu Chaun Yi; | Civ. No. 14-3416 (MJD/JJK) |
| Plaintiffs and Counterclaim Defendants, | |
| v. | |
| Andrew Butler; and Blue Diamond Technologies, Ltd.; | |
| Defendants and Third-Party Plaintiffs, | **ORDER** |
| v. | |
| Sergio J. Castillo, and Ronald L. Smith, | |
| Third-Party Defendants. | |

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Becky R. Thorson dated September 10, 2015. No objections have been filed to that Report and Recommendation in the time period permitted. Based upon the Report and Recommendation of the Magistrate Judge, upon all of the files, records, and proceedings herein, the Court now makes and enters the following Order.

**IT IS HEREBY ORDERED** that:

1.  Defendants/Third-Party Plaintiffs' Motion for a Preliminary Injunction (Doc. No. 21) is **DENIED**.


Dated:  September 25, 2015            s/Michael J. Davis
                                      MICHAEL J. DAVIS
                                      United States District Judge